Luis E. Rivera, Sr., Respondent, v Vincent Alaimo et al., Appellants.

Submitted March 9, 2009; decided April 2, 2009

Motion for reargument of motion for leave to appeal denied [*see* 12 NY3d 702 (2009)].

Chief Judge Lippman taking no part.

In the Matter of Shelter Island Association et al., Appellants, v Zoning Board of Appeals of Town of Shelter Island et al., Respondents.

Submitted February 9, 2009; decided April 2, 2009

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed so much of Supreme Court's order and judgment as denied appellants' motion to amend the petition, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Michael J. Sirface, Respondent, v County of Erie, Appellant.

Submitted February 17, 2009; decided April 2, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.